ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANAVON CAINE,<br>Defendant. | CASE NO. 1:26-MJ-00093-FJS<br><br>MOTION AND ORDER TO UNSEAL ARREST WARRANT AND COMPLAINT |

Defendant Danavon Caine has been arrested based on an arrest warrant issued by a judicial officer in the Eastern District of California. The warrant was issued along with a criminal indictment that charges him with 18 U.S.C. § 2242(3): Sexual Abuse. Because Danavon Caine has been arrested, there is no need for the complaint and arrest warrant to remain sealed. Accordingly, the government now moves that the criminal complaint and arrest warrant for Danavon Caine be unsealed.

Dated: August 3, 2026

ERIC GRANT
United States Attorney

By: /s/ ERIC A. CATTO
ERIC A. CATTO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANAVON CAINE,<br>Defendant. | CASE NO. 1:26-MJ-00093-FJS<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |

Defendant Danavon Caine has been arrested based on an arrest warrant issued by a judicial officer in the Eastern District of California. The warrant was issued along with a criminal indictment that charges him with 18 U.S.C. § 2242(3): Sexual Abuse. Because Danavon Caine has been arrested, there is no need for the indictment and arrest warrant to remain sealed. Accordingly, the criminal indictment and arrest warrant for Danavon Caine are now unsealed.

SO ORDERED.

Dated: August 3, 2026

Honorable Frank J. Singer
United States Magistrate Judge
Fresno, California